# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| JACQUELINE STEINMETZ,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CNU OF NEVADA, LLC d/b/a CASHNETUSA,<br><br>　　　　Defendants. | 2:16-cv-01135-GMN-VCF<br>**ORDER** |

The Court has been informed that the parties have reached a settlement. (ECF No. 13).

Accordingly,

IT IS HEREBY ORDERED that the Motion to Compel Arbitration (ECF No. 11) is DENIED as moot.

DATED this 1st day of November, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE