David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, JACQUELINE STEINMETZ*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JACQUELINE STEINMETZ,<br><br>   Plaintiff,<br><br>v.<br><br>CNU OF NEVADA, LLC d/b/a CASHNETUSA,<br><br>   Defendants. | Case No. 2:16-cv-01135-GMN-VCF<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO CNU OF NEVADA, LLC D/B/A CASHNETUSA** |

Plaintiff JACQUELINE STEINMETZ and CNU OF NEVADA, LLC d/b/a CASHNETUSA hereby stipulate and agree that the above-entitled action shall be

…

…

…

…

…

…

…

…

dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2). Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated: December 12, 2016

| | |
|---|---|
| By:<br>/s/David H. Krieger, Esq.<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue<br>Suite 350<br>Henderson, Nevada 89123<br>*Attorney for Plaintiff* | By:<br>/s/ Dan R. Waite, Esq.<br>Dan R. Waite, Esq.<br>Lewis Roca Rothgerber Christie LLP<br>3993 Howard Hughes Pkwy. Suite 600<br>Las Vegas, NV 89169<br><br>/s/ Brian D. Blakley, Esq.<br>Brian D. Blakley, Esq.<br>Lewis Roca Rothgerber Christie LLP<br>3993 Howard Hughes Pkwy. Suite 600<br>Las Vegas, NV 89169<br><br>*Attorneys for Defendant CNU OF NEVADA, LLC d/b/a CASHNETUSA* |

### ORDER

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED this  13  day of December, 2016.